UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
ANGELA ROCHELLE WILLIAMS
1109 BIRCHCREST DR APT F
GREENSBORO, NC  27406

CASE NO. 20-10302
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-9998

DATE: 04/13/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | MONTHLY PMT $420.91<br>INT: .00%<br>NAME ID: 166195<br>CLAIM #: 0005 | (H) ONGOING-SECURED<br><br>ACCT: 1748<br>COMMENT: DT,RE RP,CTD,EFF AUG20,321A,420A, 720A |
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | $7,817.00<br>INT: .00%<br>NAME ID: 166195<br>CLAIM #: 0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 1748<br>COMMENT: ARR THRU MAR20,920OR,720A |
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | $1,683.38<br>INT: .00%<br>NAME ID: 166195<br>CLAIM #: 0007 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 1748<br>COMMENT: ARR,APR THRU JUL20, |
| BIRCHCREST HOA INC<br>% WESTRIDGE PROPERTY GROUP INC<br>1404 WESTRIDGE RD<br>GREENSBORO, NC  27410 | MONTHLY PMT $120.00<br>INT: .00%<br>NAME ID: 181787<br>CLAIM #: 0010 | (X) SPECIAL-UNSECURED<br><br>ACCT:<br>COMMENT: ASDU,CTD,EFF AUG20,321OR |
| BIRCHCREST HOA INC<br>% WESTRIDGE PROPERTY GROUP INC<br>1404 WESTRIDGE RD<br>GREENSBORO, NC  27410 | $480.00<br>INT: .00%<br>NAME ID: 181787<br>CLAIM #: 0011 | (X) SPECIAL-UNSECURED<br><br>ACCT:<br>COMMENT: ARR,APR THRU JUL20,321OR |
| BIRCHCREST HOA INC<br>% WESTRIDGE PROPERTY GROUP INC<br>1404 WESTRIDGE RD<br>GREENSBORO, NC  27410 | $0.00<br>INT: .00%<br>NAME ID: 181787<br>CLAIM #: 0012 | (U) UNSECURED<br>AMENDED<br>ACCT:<br>COMMENT: ARR THRU MAR20,321D/A |
| DEPARTMENT OF EDUCATION/NELNET<br>121 S 13TH ST<br>LINCOLN, NE  68508 | $0.00<br>INT: .00%<br>NAME ID: 137143<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0018 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GUILFORD COUNTY TAX DEPT<br>ATTN BANKRUPTCY<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 170851<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9998<br>COMMENT: OC |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $2,385.00<br>INT: 6.75%<br>NAME ID: 166347<br>CLAIM #: 0009 | (V) VEHICLE-SECURED<br><br>ACCT: 4730<br>COMMENT: 05PONT |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $4,008.69<br>INT: .00%<br>NAME ID: 166347<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 4730<br>COMMENT: SPLIT |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $265.69<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $44.29<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 18TX<br>COMMENT: |
| NC HOUSING FINANCE AGENCY<br>ATTN OFFICER/MANAGING AGENT<br>3508 BUSH ST<br>RALEIGH, NC  27609 | $0.00<br>INT: .00%<br>NAME ID: 172690<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT:<br>COMMENT: OC,DIR |
| NPRTO SOUTHEAST LLC<br>LB 1059<br>PROG LEASING LLC<br>P O BOX 35146<br>SEATTLE, WA  98124-5146 | $508.57<br>INT: .00%<br>NAME ID: 181306<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 5511<br>COMMENT: PROGRESSIVE LEASING |
| SPECTRUM<br>101 INNOVATION AVE STE 100<br>MORRISVILLE, NC  27560 | $0.00<br>INT: .00%<br>NAME ID: 173298<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $2,739.68<br>INT: 6.75%<br>NAME ID: 53815<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT: 5002<br>COMMENT: 10VOLK,12IOR,REL |
| **TOTAL:** | **$20,525.21** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $5,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/13/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice